UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV11-9-CAS(FMOx) | Date | July 14, 2011 |
|---|---|---|---|
| Title | *JEFF BARTIK; ET AL. v. RAYTHEON COMPANY; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:** (IN CHAMBERS) - DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

WHEREAS, on May 26, 2011, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendants RAYTHEON COMPANY; RAYTHEON-HEWIT RETIREMENT CENTER; and SPECTRUM RETIREMENT PLAN CENTER**;

A response to the Order to Show Cause was to be filed and served no later than June 10, 2011. As of today's date, no such response has been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

00 : 00

Initials of Preparer    CMJ